UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

**MICHELLE LEE MARTIN**  CASE NO. 11-20010

**DEBTOR(S)**

**ORDER**

This matter is before the Court on the Application for Order Directing Payment of Funds to Creditor/Claimant Dilks & Knopik, LLC as assignee to United Credit Recovery LLC [ECF No. 42], and the Court having reviewed the record and finding the amount of funds being held on behalf of United Credit Recovery, LLC is $1,425.18, but Application [ECF No. 42] is requesting funds in the amount of $1,426.18,

It is ORDERED that the APPLICATION is OVERRULED.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Thursday, November 10, 2016
(tnw)